UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

Pedro Rosas

_____

Name(s) of Plaintiff or Plaintiffs

-vs-

Berry Plastics
(Pliant LLC)

_____

Name of Defendant or Defendants

Revised 07/07 WDNY

FILED
JUN 18 2014
MICHAEL J. ROEMER, CLERK
WESTERN DISTRICT OF NY

**Jury Trial Demanded: Yes** ___ **No** ___

**DISCRIMINATION COMPLAINT**

14 -CV- 6336 T

You should attach a copy of your **original Equal Employment Opportunity Commission (EEOC) complaint**, a copy of the Equal Employment Opportunity Commission **decision, AND** a copy of the **"Right to Sue"** letter you received from the EEOC to this complaint. Failure to do so may delay your case.

*Note:* Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.

This action is brought for discrimination in employment pursuant to *(check only those that apply)*:

__X__ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (amended in 1972, 1978 and by the Civil Rights Act of 1991, Pub.L.No. 102-166) (race, color, gender, religion, national origin).
 NOTE: In order to bring suit in federal district court under Title VII, you **must first obtain a right to sue letter** from the Equal Employment Opportunity Commission.

_____ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621-634 (amended in 1984, 1990, and by the Age Discrimination in Employment Amendments of 1986, Pub.L.No. 99-592, the Civil Rights Act of 1991, Pub.L.No. 102-166).
 NOTE: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you **must first file charges** with the Equal Employment Opportunity Commission.

_____ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112-12117 (amended by the Civil Rights Act of 1991, Pub.L.No. 102-166).
 NOTE: In order to bring suit in federal district court under the Americans with Disabilities Act, you **must first obtain a right to sue letter** from the Equal Employment Opportunity Commission.

**JURISDICTION** is specifically conferred upon this United States District Court by the aforementioned statutes, as well as 28 U.S.C. §§ 1331, 1343. Jurisdiction may also be appropriate under 42 U.S.C. §§ 1981, 1983 and 1985(3), as amended by the Civil Rights Act of 1991, Pub.L.No. 102-166, and any related claims under New York law.

In addition to the federal claims indicated above, you may wish to include New York State claims, pursuant to 28 U.S.C. § 1367(a).

_✓_   New York State Human Rights Law, N.Y. Exec. Law §§ 290 to 297 (age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status).

## PARTIES

1. My address is: 156 Tamarack Dr. Rochester, N.Y. 14622

   My telephone number is: 585-469-9065

2. The name of the employer(s), labor organization, employment agency, apprenticeship committee, state or local government agency who I believe discriminated against me is/are as follows:

   Name: Berry Plastics (Pliant LLC)
   Number of employees: 600+
   Address: 200 E. Main St
   Macedon, N.Y. 14502

3. (If different than the above), the name and/or the address of the defendant with whom I sought employment, was employed by, received my paycheck from or whom I believed also controlled the terms and conditions under which I were paid or worked. (For example, you worked for a subsidiary of a larger company and that larger company set personnel policies and issued you your paycheck).

   Name: Berry Plastics (Pliant LLC)
   Address: 200 E. Main St
   Macedon, N.Y. 14502

## CLAIMS

4. I was first employed by the defendant on (date): 12.11.09

2

5. As nearly as possible, the date when the first alleged discriminatory act occurred is: _____ July 2010 - Was told I could not fill water bottle.

6. As nearly as possible, the date(s) when subsequent acts of discrimination occurred (if any did): July 2010 - July 2012 - Verbally harrassed.
Sept. 2011 - Not told of Overtime approval + got suspended.
Nov. 2011, Dec. 2011, Jan. 2012, Feb. 2012, March 2012, April 2012, May 2012, June 2012 + July 2012

7. I believe that the defendant(s)

    a. _____ Are still committing these acts against me.
    b. ✗ Are not still committing these acts against me.
    (Complete this next item **only** if you checked "b" above) The last discriminatory act against me occurred on (date) July 27, 2012

8. (Complete this section **only** if you filed a complaint with the New York State Division of Human Rights)

    The date when I filed a complaint with the New York State Division of Human Rights is I believe it was February 2013
    _ (estimate the date, if necessary)

    I filed that complaint in (identify the city and state): Rochester, N.Y.

    The Complaint Number was: _____

9. The New York State Human Rights Commission did ✗ /did not _____ issue a decision. (**NOTE**: If it **did** issue a decision, you **must attach** one copy of the decision to **each** copy of the complaint; failure to do so will delay the initiation of your case.)

10. The date (if necessary, estimate the date as accurately as possible) I filed charges with the Equal Employment Opportunity Commission (EEOC) regarding defendant's alleged discriminatory conduct is: _____

11. The Equal Employment Opportunity Commission did _____ /did not _____ issue a decision. (**NOTE**: If it **did** issue a decision, you **must attach** one copy of the decision to **each** copy of the complaint; failure to do so will delay the initiation of your case.)

12. The Equal Employment Opportunity Commission issued the attached Notice of Right to Sue letter which I received on: _____ . (**NOTE**: If it

3

did issue a Right to Sue letter, you **must** attach one copy of the decision to **each** copy of the complaint; failure to do so will delay the initiation of your case.)

13. I am complaining in this action of the following types of actions by the defendants:

   a. _____ Failure to provide me with reasonable accommodations to the application process

   b. _____ Failure to employ me

   c. __α__ Termination of my employment

   d. __α__ Failure to promote me

   e. _____ Failure to provide me with reasonable accommodations so I can perform the essential functions of my job

   f. _____ Harassment on the basis of my sex

   g. _____ Harassment on the basis of unequal terms and conditions of my employment

   h. __α__ Retaliation because I complained about discrimination or harassment directed toward me

   i. _____ Retaliation because I complained about discrimination or harassment directed toward others

   j. __α__ Other actions (please describe) _Machine Not properly Set intentionally_

14. Defendant's conduct is discriminatory with respect to which of the following *(check all that apply)*:

   a. __✓__ Race

   b. _____ Color

   c. __X__ Sex

   d. _____ Religion

   e. _____ National Origin

   f. _____ Sexual Harassment

   g. _____ Age _____ Date of birth

   h. _____ Disability
   Are you incorrectly perceived as being disabled by your employer?
   \_\_\_ yes \_\_\_ no

15. I believe that I was __α__ /was not _____ **intentionally** discriminated against by the defendant(s).

4

16. I believe that the defendant(s) is/are _____ is not/are not _✗_ still committing these acts against me. (If you answer is that the acts are not still being committed, state when: _____ and why the defendant(s) stopped committing these acts against you: They terminated me in July of 2012. Said I was a no call no show.

17. **A copy of the charge to the Equal Employment Opportunity Commission is attached to this complaint and is submitted as a brief statement of the facts of my claim.** (NOTE: You **must** attach a copy of the **original complaint** you filed with the Equal Employment Opportunity Commission and a copy of the **Equal Employment Opportunity Commission affidavit** to this complaint; failure to do so will delay initiation of your case.)

18. The Equal Employment Opportunity Commission (check one):
    _✗_ **has not** issued a Right to sue letter
    ____ **has** issued a Right to sue letter, which I received on _____

19. State here as briefly as possible the *facts* of your case. Describe how each defendant is involved, including *dates* and *places*. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. *(Use as much space as you need. Attach extra sheets if necessary.)*

    Was told (July 2010) to get water from home only. July 2010 Verbally harassed by an employee - reported it several times. Finally had a meeting but person kept on doing it. Several employees encouraged the person to assault me (Aug 2010 - Jan 2012). July 2011 threatened to be terminated due to attendance; yet another employee had worse attendance + several no call no show; was given training for a promotion. Dec. 2011 same person was given more training for a promotion. When enquiring; was told to mind my business. March 2012 thru June 2012 Machine not properly setup (film left off center 3-6½ inches). This was previously filed back in October 2013. PR

**FOR LITIGANTS ALLEGING AGE DISCRIMINATION**

20. Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct
    _____ 60 days or more have elapsed    _____ less than 60 days have elapsed

**FOR LITIGANTS ALLEGING AN AMERICANS WITH DISABILITIES ACT CLAIM**

21. I first disclosed my disability to my employer (or my employer first became aware of my disability on _____

5

22. The date on which I first asked my employer for reasonable accommodation of my disability is _____

23. The reasonable accommodations for my disability (if any) that my employer provided to me are: _____

24. The reasonable accommodation provided to me by my employer were _____/were not _____ effective.

**WHEREFORE**, I respectfully request this Court to grant me such relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

Dated: 06-18-14                      _____
                                      Plaintiff's Signature